

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

**MEMO ENDORSED**

February 24, 2021

VIA ECF
The Honorable Edgardo Ramos, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Nisbett v. Peel Accessories, LLC,
            1:20-cv-7796 (ER)

Dear Judge Ramos:

    This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act, New York State Human Rights Law and New York City Human Rights Law. We submit this letter, on behalf of all parties, to respectfully request that the February 24, 2021, 11:00 a.m., pre-motion conference be adjourned *sine die*.

    To date, Defendant has neither filed an Answer nor a summary judgment motion. Defendant has, rather, filed only a pre-motion conference letter seeking leave to file a motion to dismiss, which is the would-be topic of the February 24 conference. On February 23, 2021, Plaintiff filed a Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). (Dkt. No. 18). The parties accordingly respectfully request the conference be adjourned *sine die*.

    We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC:    Counsel of record (Via ECF)

The application is  X   granted
                               denied

Edgardo Ramos, U.S.D.J
Dated: 2/24/2021
New York, New York